UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| STERLING L. COOPER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:13-CV-696 |
| | ) |
| DAVID SEXTON, | ) |
| Warden | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pursuant to Local Rule 3.2(d)(3), the undersigned finds that the above-captioned case is related to <u>Cooper v. Sexton</u>, No. 3:13-CV-581. The Court finds that these cases involve the same parties and similar claims involving habeas corpus relief. Therefore, the two cases are related. <u>See</u> E.D. Tenn. L.R. 3.2(d)(3)(A)(1).

Because the first of these cases was assigned to Chief District Judge Thomas A. Varlan and Magistrate Judge C. Clifford Shirley, this case will also be assigned to Chief District Judge Thomas A. Varlan and Magistrate Judge C. Clifford Shirley. However, consolidation is not ordered.

**IT IS SO ORDERED**.

ENTER:

    s/ C. Clifford Shirley, Jr.
United States Magistrate Judge